J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Warner Bros. Entertainment Inc.

David Miller, an individual and d/b/a www.scootermoviesshop.com
c/o Charles W. Hazelwood, Jr.
9245 Old Keene Mill Road, Suite 200
Burke, Virginia 22015
Telephone: (703) 455-5160
Facsimile: (703) 455-5164

Defendant, *in pro se*

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> David Miller, an individual and d/b/a www.scootermoviesshop.com, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. CV10-7071 GW (SSx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendant David Miller, an individual and d/b/a www.scootermoviesshop.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

      b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

      c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: May 13, 2011

_____
Hon. George H. Wu
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.

David Miller, an individual and d/b/a www.scootermoviesshop.com

By: _____
    David Miller, an individual and d/b/a
    www.scootermoviesshop.com
Defendant, *in pro se*

# EXHIBIT A

# PLAINTIFF'S WORKS

| Titles: | WB Registration Nos. |
|---|---|
| Abbott and Costello Meet Captain Kidd | RE 73-597 |
| Ace of Aces | R 268809 |
| Across the Wide Missouri | RE 10-233 |
| Action in Arabia | R 506034 |
| Ada | RE 442638 |
| Adventure | R 543683 |
| Adventure in Baltimore | R 632497 |
| Affair With A Stranger | RE 104286 |
| Affairs of Dobie Gillis, The | RE 77514 |
| Affairs of Martha, The | R 464894 |
| Affectionately Yours | R 460010 |
| After Office Hours | R 291452 |
| Alias the Doctor | R 235209 |
| Always in my Heart | R 474 624 |
| Ambush | R 656803 |
| Andy Hardy Gets Spring Fever | R 389761 |
| Andy Hardy Meets Debutante | R 413410 |
| Andy Hardy's Blonde Trouble | R 518178 |
| Andy Hardy's Double Life | R 506766 |
| Andy Hardy's Private Secretary | R 473991 |
| angels Wash their Faces | R 410588 |
| Ann Vickers | R 268808 |
| Apache Trail | R 463971 |
| Arena | R 77516 |
| Arnelo Affair, The | R 570 212 |
| Arsene Lupin | R 230221 |
| Arsene Lupin returns | R 356572 |
| Assignment in Brittany | R 480800 |
| Athena | RE 116756 |
| Bachelor Apartment | R 233571 |
| Bachelor FAther, The | R 207790 |
| Bachelor in Paradise | RE 442639 |
| Bachelor Mother | R 393972 |
| Back From Eternity | RE 22293 |
| Back In circulation | R 359640 |

| Title | Registration |
|---|---|
| Bad Bascomb | R 545748 |
| Bad Little Angel | R 396125 |
| Barretts of Wimpole Street, The | RE 189392 |
| Barricade | R 1366696 |
| Battle Circus | RE 43693 |
| Beast With Five Fingers, The | R 571691 |
| Beau Brummell 1954 | RE 116755 |
| Between Two Worlds | R 521034 |
| Bewitched | R 531326 |
| Beyond A Reasonable Doubt | RE 222930 |
| Big City 1928, 1937, 1948 | 1928: R163694; 1937: R344945; 1948: R 600053 |
| Big Parade, The | R 151552 |
| Big Sky, The | RE 73602 |
| Billy the Kid 1930 | R 207797 |
| Bishop Misbehaves, The | R 301362 |
| Bitter Sweet | R 422052 |
| BLack Bird, The | R 121374 |
| Black Fury | R 294791 |
| Black Hand | R 653591 |
| Blackbeard the Pirate | RE 73-599 |
| Blackmail | R 392863 |
| Blind Alibi | R 369579 |
| Blonde Fever | R 518178 |
| Blondie of the Follies | R 234005 |
| Bombshell | R 264160 |
| Born to be bad | RE 5324 |
| Boy Meets Girl | R 380515 |
| Boys Night Out | RE 489840 |
| Brass Target | PA 24283 |
| Bridge to the Sun | RE 441172 |
| Broadway To hollywood | R 262373 |
| Brothers Karamazov, The | RE 234947 |
| Bugle Sounds, The | R 450435 |
| Bunco Squad | RE 5323 |
| Bundle of Joy | RE 222935 |
| Callaway Went Thataway | RE 10244 |
| Carey Treatment, The | RE 830209 |

| Title | Registration |
|---|---|
| Casino Murder Case 1, The | R 292425 |
| Chain Lightning | R666338 |
| CHance at Heaven | R 268811 |
| China Passage | R 334527 |
| China Sky | R 535522 |
| claras heart | PA 395728 |
| Clay Pigeon, The | R632494 |
| CObweb, The | RE151760 |
| Conspirators, The | R528824 |
| Coquette | R 168195 |
| courtship of andy hardy, The | R 455710 |
| Cowboy From Brooklyn | R 380512 |
| Cross Country Romance | R 422268 |
| Cross of Lorraine, The | R 494776 |
| crowd roars, The | R 365877 |
| Cry Danger | RE 1536 |
| Cry Wolf | R 585005 |
| cuckoos, The | R 204818 |
| Danger Signal | R 543358 |
| Date with the falcon, A | R 457475 |
| Day of the Evil Gun | RE 731524 |
| day they robbed the bank of england, The | RE 343401 |
| Days of Glory | R 506040 |
| Deaf Smith and Johnny Ears | RE 848561 |
| Desert Song, The | RE 50823 |
| Design For Scandal | R 448518 |
| Desire Me | R 583370 |
| Devil Makes Three, The | RE 43726 |
| Devils Doorway | R 661657 |
| Devotion 1931 | R 234892 |
| Dirty Dingus Magee | RE 782032 |
| disraeli | R 182617 |
| Doughgirls, The | R 533123 |
| Dramatic School | R 375820 |
| Dust Be My Destiny | R 411599 |
| Edward My Son | R 631367 |
| Elmer the Great | R 256881 |
| Enchanted April | R 297485 |

| Title | Registration |
|---|---|
| Escape From East Berlin | RE 489844 |
| Escape Me Never | R592813 |
| espionage agent | R 411598 |
| Ever Since Eve | R 345348 |
| Ex Mrs Bradford, The | R 316933 |
| Faithful in my Fashion | R 553144 |
| Falcon and Coeds, The | R 499988 |
| Falcon in Danger, The | 1943 VERSION: R488738 |
| Falcon in Hollywood, The | R 522305 |
| Falcon in San Francisco, The | R 535525 |
| Falcon Strikes Back, The | R 486270 |
| family affair, A | R 333746 |
| Fashions of 1934 | R275584 |
| Fireman Save My Child | R 235210 |
| First Lady | R 359643 |
| First Yank into Tokyo | R 545416 |
| Five Came Back | R 393965 |
| Flaxy Martin | R 629496 |
| FLight COmmand | R 424636 |
| Fog Over Frisco | R 277519 |
| Follow the Boys | RE 536340 |
| Fools For Scandal | R 359667 |
| Fortune and Mens Eyes | RE 809037 |
| Four Horsemen of the Apocalypse, The | 1921 VERSION: R42606<br>1961 VERSION: RE441199 |
| Fourth Protocol, The | PA 333520 |
| From the Earth to the Moon | RE 278382 |
| Gambling Lady | R 272630 |
| Garden of the Moon | R 380517 |
| George Washington Slept Here | R 477857 |
| Get Yourself A College Girl | RE 588132 |
| Girl Crazy | R489341 |
| Girl from Missouri, The | R 249821 |
| Girl Rush, The | R 522300 |
| Glory | RE 183-025 |
| Going Hollywood | R268124 |
| Going Places | R 378459 |
| Gold Rush Maisie | R 414640 |
| Goodbye Again | R 260973 |

| Title | Registration |
|---|---|
| Grand Central Murder | R 460949 |
| Grand Old Girl | R 290121 |
| Grand Slam | R256872 |
| Great Caruso, The | RE 17823 |
| Great Day in the Morning | R 222926 |
| Great O'Malley, The | R333667 |
| Great Omalley, The | R 636647 |
| Great Sinner, The | R 636647 |
| Green Dolphin Street | R 590 967 |
| Green Light | R 333669 |
| Green Years, The | R549471 |
| Guy Named Joe, A | R498857 |
| Hanging Tree, The | RE 342-417 |
| Happy Road, The | RE 189401 |
| Hardys Ride High, The | R 384190 |
| Hatchet Man, The | R235215 |
| Havana Widows | R 272635 |
| Hearts Divided | R 320088 |
| Heaven With A Gun | RE 759711 |
| Hell Divers | R230217 |
| Her Cardboard Lover | R 462539 |
| Her Highness and the Bellboy | R 532018 |
| Her Majesty Love (1931) | R 228041 |
| Hercules Samson and Ulysses | RE 584423 |
| Here Comes Happiness | R 452009 |
| Here Comes the Navy | R 279423 |
| Hi, Nellie! | R 272629 |
| High Wall | R 596215 |
| Hills of Home | R 611478 |
| Hips, Hips, Hooray | R 275395 |
| Hitler's Children | R 480072 |
| Hold 'Em Jail | R 250792 |
| Hold Your Man | R 258805 |
| Holiday For Sinners | RE 43699 |
| Honeymoon For Three | R 452001 |
| Honeymoon Hotel | RE 592495 |
| Hoodlum Saint, The | R 545747 |
| Hootenanny Hoot | RE 539282 |
| Horn Blows at Midnight, The | R 538964 |

| Title | Registration |
|---|---|
| Hot Summer Night | RE 189400 |
| Hotel Berlin | R 538962 |
| Hotel Reserve | R 500896 |
| Hour of 13, The | R 43730 |
| House of Numbers | RE 234931 |
| Housewife | R 281400 |
| Hucksters, The | R 581038 |
| Human Comedy, The | R 480802 |
| Hunt The Man Down | RE 42676 |
| Hysteria | RE 588133 |
| I Dream Too Much | R 305970 |
| I Found Stella Parish | R 311592 |
| Impossible Years, The | RE 731 533 |
| In Caliente | R 304090 |
| In Name Only | R 393975 |
| In Our Time | R 519175 |
| In Person | R 305969 |
| Intruder in the Dust | R 642469 |
| Invitation to the Dance | RE 116776 |
| Iron Major, The | R 499983 |
| Isle of Fury | R 33649 |
| Its A Date | R 407778 |
| Jewel Robbery | R239605 |
| Journey Into Fear | R480073 |
| Journey, The | R279403 |
| Joy in the Morning | RE 584419 |
| Juarez | R 408954 |
| Judge Hardy and Son | R 399075 |
| Julia Misbehaves | R 611477 |
| Julie | RE189388 |
| Jupiter's Darling | RE 116763 |
| Keep Your Powder Dry | R 523349 |
| Keeper of the Flame | R 474801 |
| Kentucky Kernels | R 286605 |
| Key, The | R 278728 |
| Kid Glove Killer | R 457459 |
| Kidnapped | R615170 |
| Kind Lady | RE 10047 |
| King of the Underworld | R 396026 |

| | |
|---|---|
| Kings Thief, The | RE 151736 |
| Kiss In The Dark, A | R 623653 |
| kongo | R243750 |
| Lady L | RE 630132 |
| Lady of the Tropics | R 391306 |
| Lady Takes A Sailor, The | R 650841 |
| Lady With Red Hair | R 448122 |
| Lady Without Passport | R 667096 |
| Lady's Morals, A | R 207812 |
| Lafayette Escadrille | RE 253385 |
| Last Hunt, The | RE 151751 |
| Last of Mrs Cheney, The - 1929; 1937 | 1929: R 189159<br>1937: R 332111 |
| Latin Lovers | RE 77520 |
| Law and the Lady, The | RE 10260 |
| Let Freedom Ring | R 380869 |
| Libel | RE 342399 |
| Life of Her Own, A | R 669964 |
| Light in the Piazza | RE442635 |
| Light Touch, The | RE 10245 |
| Lili | RE 43653 |
| Listen, Darling | R 371088 |
| Little Hut, The | RE 189403 |
| Little Nellie Kelly | R 422051 |
| Live, Love and Learn | R 347417 |
| Living In A Big Way | R 578943 |
| Lone Star | RE 10264 |
| Love is a Racket | R 238216 |
| Lovely to Look At | RE 43698 |
| Lusty Men, The | RE 73600 |
| Magician, The | R 135429 |
| Magnificent Ambersons, The | R467006 |
| Maid's Night Out | R 358022 |
| Maisie | R 387245 |
| maisie gets her man | R462538 |
| Maisie Goes to Reno (1944) | R509581 |
| Make Your Own Bed | R 521038 |
| Mama Steps Out | R 331669 |
| Man On Fire | RE 234929 |

| | |
|---|---|
| Man Who Talked Too Much, The | R 434246 |
| Marriage is a Private Affair | R 509582 |
| Marshal of Mesa City, The | R 406426 |
| Mask of Dimitrios, The | R524609 |
| Match King, The | R 247781 |
| Maytime | R334475 |
| Meet Me in Las Vegas | RE 189370 |
| Men Are Such Fools | R 359674 |
| Men of the Fighting Lady | RE 116751 |
| Merry Widow, The - 1952 | R115459 |
| Merry Widow, The 1925, 1934 | R115459 |
| Miss Pinkerton | R 239604 |
| Mr. and Mrs. North | R 450434 |
| Mokey | R 459012 |
| Monster, The | R 106670 |
| Moonfleet | RE 151758 |
| Mrs. O'Malley and Mr. Malone | R 673961 |
| Music For Millions | R 517823 |
| My Bill 1 | R 380511 |
| My Favorite Spy | R 467005 |
| My Forbidden Past | RE 5333 |
| My Love Came Back | R 434250 |
| Naked and the Dead, The | RE 278383 |
| Naughty But Nice | R 410596 |
| Naughty Marietta | R292426 |
| Navy Blues 1930, 1941 | R460023 |
| Navy Comes Through, The | R 472239 |
| Nazi Agent | R454350 |
| Never A Dull Moment | RE 5328 |
| Never Say Goodbye | R562334 |
| New Moon 1930, 1940 | R412529 |
| Next Time I Marry | R 385784 |
| Night Is Young, The | R 289012 |
| Night Must Fall 1937 | R 334477 |
| Night Must Fall 1964 | RE 586271 |
| Night Parade | R 196790 |
| Nitwits, The | R 297493 |
| No Time For Comedy | R 436893 |
| Nobody Lives Forever | R 562331 |

| Title | Registration |
|---|---|
| Nora Prentiss | R 571692 |
| Northwest Passage | R 405520 |
| Not So Dumb | R 195512 |
| Of Human Bondage | RE 588130 |
| Off The Record | R 396025 |
| Oklahoma Kid, The | R 406262 |
| Old Man Rhythm | R 305956 |
| Once A Thief | RE 584424 |
| One Foot in Heaven | R 460032 |
| One Way Passage | R 242628 |
| Opposite Sex, The | RE 189386 |
| Our Betters | R 267268 |
| Our Blushing Brides | R207065 |
| Our Dancing Daughters | R 172843 |
| Our Modern Maidens | R 190522 |
| Out West With The Hardys | R 373514 |
| Outcasts of Poker Flat, The | R 342152 |
| Outrage | RE 593020 |
| Outriders, The | RE 593020 |
| Outward Bound | R208830 |
| Page Miss Glory | R 304084 |
| Panama Hattie | R 465395 |
| Payment Deferred | R 244648 |
| Peach o Reno | R 234898 |
| Peg o My Heart | R 257279 |
| Penelope | R 670010 |
| Penrod and His Twin Brother | R 359669 |
| Penrod and Sam 1931, 1937 | 1931: R 221916; 1937: R 333670 |
| Period of Adjustment | RE 489842 |
| PersonalProperty | R 334167 |
| Phantom of Crestwood, The | R250797 |
| Phantom Tollbooth, The | RE 759724 |
| Pilot No 5 | R 482529 |
| Playmates | R 457477 |
| Plymouth Adventure | RE 43629 |
| Polly of the Circus | R 232435 |
| Polo Joe | R 333657 |
| Portnoys Complaint | R 830074 |

| | |
|---|---|
| Pretty Maids All In A Row | RE 811078 |
| Primrose Path | R 412542 |
| Public Hero No. 1 | R 296153 |
| Rachel and the Stranger | R627227 |
| Racing Lady | R 334520 |
| Rack, The | RE189374 |
| Racket, The | RE42-687 |
| Rage in Heaven | R430335 |
| Raintree County | RE234945 |
| Ransom | RE 151742 |
| Rapa Nui | PA 642198 |
| Rationing | R 499441 |
| Reckless 1935, 1984 | R 293847 |
| Red Badge of Courage, The | RE 10229 |
| Red Danube, The | R 642468 |
| Red Dust | R246164 |
| Reformer and the Redhead | R 656957 |
| Reluctant Debutante, The | RE 279400 |
| Remember | R 396552 |
| Rendezvous | R 86348 |
| Rendezvous 1923, 1935 | R 303494 |
| Rhapsody in Blue | R 539216 |
| Rich Are Always With Us, The | R 238220 |
| Ride Vaquero | RE 43705 |
| Rio Rita | R 459013 |
| Road To Mandalay, The | R 133174 |
| Roadblock | RE 42684 |
| Rogue Cop | RE 116754 |
| Romance In Manhattan | R 290123 |
| Romance of Rosy Ridge, The | R 577228 |
| Rookie, The | PA 4942387 |
| Rose Marie 1936 | R 310001 |
| Rose Marie 1954 | RE 116743 |
| Roughshod | R 637961 |
| Safe In Hell | R 228043 |
| Saint in London, The | R 393968 |
| Saint in New York, The | R 369580 |
| Saint in Palm Springs, The | R 435610 |
| Saint Meets the Tiger 2, The | R 488741 |

| Title | Registration |
|---|---|
| Saint Strikes Back 2, The | R 385772 |
| Saint Takes Over, The | R 412538 |
| Saints Double Trouble 2, The | R 412547 |
| Saints Vacation, The | R 446813 |
| Salute to the Marines | R 488699 |
| Saratoga | R 341900 |
| Saturday's Heroes | R 354277 |
| Scapegoat | RE 279863 |
| Scarlet Letter, The | R 136528 |
| Sea of Grass, The | R 565936 |
| Sealed Cargo | RE 42680 |
| Second Chance | RE 104287 |
| secret garden, The | R 628862 |
| Secret Heart, The | R 565237 |
| Secret of Madame Blanche, The | R 251983 |
| Secret Partner, The | RE 435365 |
| Secret Six, The | R 213542 |
| Secrets of an Actress | R 380519 |
| See Here Private Hargrove | R 501294 |
| Serenade | RE 210263 |
| Sergeant Madden | R 382279 |
| Sergeant Murphy | R 359653 |
| Seven Sweethearts | R 467145 |
| Seven Women | RE 630514 |
| Seventh Cross, The | R 509319 |
| She Couldnt Say No 1940, 1954 | 1940: R 448123<br>1954: RE 148080 |
| Shine On Harvest Moon | R 521030 |
| Ship Ahoy | R 460357 |
| Show Boat 1 | 1929: R175597<br>1936: R315829<br>1951: RE 10-046 |
| Show People | R 175595 |
| ShowBoat1929 | R 175597 |
| Show-Off, The 1934, 1946 | 1934: R271847<br>1946: R 556821 |
| Silver River | R 607177 |
| Sinbad the Sailor | R 570314 |
| Singing Marine, The | R 345337 |
| Sinners' Holiday | R 208826 |

| | |
|---|---|
| Sister Kenny | R 560805 |
| Sisters, The | R 380522 |
| Skirts Ahoy! | RE 43676 |
| Sky's the Limit, The | R 493280 |
| Slaughter Trail | RE 42691 |
| Slightly Dangerous | R 479661 |
| Slim | R 345331 |
| Small Town Girl | 1936: R 313708<br>1953: RE 43651 |
| Smilin' Through | R 442880 |
| Soldiers Three | RE 10223 |
| Son of Sinbad | RE 183022 |
| Sons o Guns | R 320077 |
| Southern Yankee, A | R 610725 |
| Spanish Main, The | R 545417 |
| Special Agent | R 304993 |
| Speed | R 315417 |
| Sporting Blood 1931, 1940 | 1931: R 219710<br>1940: R 413685 |
| Stamboul Quest | R 278881 |
| Stand By For Action | R 474518 |
| Star of Midnight | R 297490 |
| Stars in my Crown | R 653592 |
| Stars Over Broadway | R 311590 |
| Stolen Life, A | R 555068 |
| Story of Louis Pasteur, The | R 311600 |
| Straight Is The Way | R 280107 |
| Street of Women | R 238217 |
| Student Prince in Old Heidelberg, The | R 160871 |
| Student Prince, The | LP 3874; RE116744 |
| Summer Holiday web.bmp | R 591704 |
| Sunday in New York | RE 543418 |
| Sunday Punch | R 460162 |
| Susan Lenox: Her Fall and Rise | R 224010 |
| Susan Slept Here | RE 148079 |
| Suzy | R 321367 |
| Swan, The | RE189373 |
| Sweepings | R267272 |

| | |
|---|---|
| Sweethearts | R375821 |
| Swing Fever | R 496596 |
| Swing Your Lady | R 359654 |
| Symphony of Six Million | R242087 |
| tale of two cities, A | R 307015 |
| tear gas squad | R 434236 |
| Tender Comrade | R 499991 |
| Tennessee Johnson | R 475912 |
| Tenth Avenue Angel | R 549212 |
| Terror On A Train | RE 43706 |
| Test Pilot | R 359844 |
| That Girl From Paris | R 334521 |
| THE STORY OF SEABISCUIT | R662842 |
| That Hagen Girl | R592812 |
| There Goes the Groom | R 354281 |
| They Made Her A Spy | R 385769 |
| They Won't Believe Me | R 584159 |
| Thirteen WOmen | R 250803 |
| This Man is Mine | R 275398 |
| This Man's Navy | R 520961 |
| Thoroughbreds Dont Cry | R 349981 |
| Three Loves Has nancy | R 367401 |
| Three Strangers | R 548093 |
| Three Wise Fools 1923, 1946 | R 553495 |
| Ticklish Affair, A | RE 579727 |
| Till the End of Time | R 560800 |
| Tip Off, The | R 234893 |
| Too Young To Kiss | RE 10243 |
| torrent | R 125379 |
| Tortilla Flat | R 460358 |
| Toward the Unknown | RE 217535 |
| Toy Wife, The | R 363208 |
| Trader Horn | 1931: R 212005<br>1973: RE 848696 |
| Travels With My Aunt | RE 829271 |
| Trial | RE 151739 |
| Triple Cross | RE 679783 |
| Twenty Million Sweethearts | R 275595 |
| Twilight of Honor | RE 579728 |

| | |
|---|---|
| Two In the Dark | R 316918 |
| Two Mrs Carrolls, The | R578352 |
| Two Smart People | R 549469 |
| Two Tickets To Broadway | RE 42690 |
| Two Weeks In Another Town | RE 494236 |
| Undercover Maisie | R 571439 |
| Underwater | RE 148078 |
| Unfinished Dance, The | R 583044 |
| Unholy Night, The | R 192599 |
| Unholy Three, The | 1925 VERSION: R108452<br>1930 VERSION: R207062 |
| Unknown Man, The | RE 10242 |
| Untamed 2 | R197581 |
| Until They Sail | RE 234938 |
| Up Goes Maisie | R 541576 |
| Valley of the Kings | RE 116746 |
| Velvet Touch, The | R 627223 |
| Very Honorable Guy, A | R 275581 |
| Very Thought Of You, The | R 533120 |
| Vigil in the Night | R 412545 |
| Viva Villa | R 274903 |
| Vivacious Lady | R 369581 |
| voltaire | R 260650 |
| Walk Softly Stranger | R 656587 |
| Walking Dead | R 318859 |
| War Paint | R 135428 |
| We Who Are Young | R 413947 |
| West of Zanzibar | R 176996 |
| West Point of the Air | R292174 |
| Westward the Women | RE 10247 |
| What Price Hollywood 2 | R242093 |
| Wheeler Dealers, The | RE 543415 |
| When Time Ran Out | PA 66504 |
| while the city sleeps 1928 | R 174358 |
| While the City Sleeps 1956 | RE 42689 |
| WHip Hand, The | RE 42689 |
| Whistling In The Dark | 1941 VERSION: R 441562 |
| White Cargo | R 468645 |
| White Heat | R 653703 |

| | |
|---|---|
| White Tower, The | RE 5318 |
| Wild North, The | RE 23185 |
| Wild, Wild Planet | RE 630140 |
| Wind Across the Everglades | RE 288108 |
| Wind, The | R 176993 |
| Window, The | R637957 |
| Wings of the Navy | R 402218 |
| Without Orders | R 325253 |
| Woman in Red, The | R 294782 |
| Woman In White, The | R 607176 |
| Woman's Secret, A | R 632495 |
| Women Are Like That | R 359658 |
| Women in the Wind | R 406268 |
| Wonderful World of the Brothers Grimm, The | RE 494242 |
| Wrath of God, The | RE 830367 |
| Wyoming | R 165314 |
| Yank at Eton, A | R 467146 |
| Yank At Oxford, A | R 356573 |
| Yellow Cab Man, The | R 654702 |
| Yellow Canary, The | R 506038 |
| Yes My Darling Daughter | R 402219 |
| Yolanda And The Thief | R 539813 |
| You Cant Fool Your wife | R 412537 |
| You Cant Get Away WIth Murder | R 406270 |
| Young Bess 2 | RE 77529 |
| Young Guns, The | RE 226767 |
| Youngest Profession, The | R 480258 |
| Your Cheatin Heart | RE 588129 |
| Youre A Big Boy Now | RE 680410 |
| Youth Runs Wild | R 513132 |